IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02436-MSK-KMT

KARIN LAPADULA,
ROGER SOUCY,
DENISE SOUCY,
JOHN A. BRODERICK,
SUSAN BRODERICK
COLE RHEAL and
ALAN SCHLOSSER,

    Plaintiffs,

v.

MERENDON MINING (NEVADA), INC., and
MERENDON MINING (COLORADO), INC.,

    Defendants.

---

## **ORDER**

---

    Plaintiffs filed a "Notice of Relief Granted in Associated Cases" on February 17, 2009.

[Doc. No. 20]. Plaintiffs have indicated that both defendants have been placed into involuntary

bankruptcy.

    Wherefore, the Scheduling Conference set for March 3, 2009 at 10:00 a.m. is

**VACATED**.

Plaintiffs are **ORDERED** to file a status report on or before March 16, 2009 advising this court of the status of both defendants and whether a stay of these proceedings is warranted.

Dated this 23rd day of February, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge